# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-0803V

PATRICIA WEST,

                    Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                    Respondent.

Chief Special Master Corcoran

Filed: May 30, 2024

---

*Bridget Candace McCullough, Muller Brazil, LLP, Dresher, PA, for Petitioner.*

*Jennifer A. Shah, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On June 1, 2023, Patricia West filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a right shoulder injury related to vaccine administration ("SIRVA"), a defined Table injury, after receiving an influenza ("flu") vaccine on November 24, 2021. Petition at 1, ¶¶ 2, 9. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 2, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA. On May 30, 2024, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $55,466.73, representing compensation in the amount of $55,000.00 for pain and suffering and $466.73 for out-of-pocket expenses. Proffer at 1. In the Proffer, Respondent represented

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $55,466.73, representing $55,000.00 for pain and suffering and $466.73 for unreimbursable expenses in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

PATRICIA WEST,

        Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

        Respondent.

No. 23-803V
Chief Special Master Corcoran
SPU

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On June 1, 2023, Patricia West ("petitioner") filed a petition for compensation

("Petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to

–34, as amended ("Vaccine Act" or "Act"). Petitioner alleges that she suffered a Shoulder Injury

Related to Vaccine Administration ("SIRVA") as a result of an influenza vaccination

administered on November 24, 2021. Petition at 1.

On April 30, 2024, respondent filed his Vaccine Rule 4(c) report, recommending that

compensation be awarded. ECF No. 16. On May 2, 2024, this Court issued a Ruling on

Entitlement finding petitioner entitled to compensation. ECF No. 17.

**I.**      **Items of Compensation**

Respondent proffers that petitioner should be awarded **$55,466.73**, consisting of

$55,000.00 for pain and suffering and $466.73 for out-of-pocket expenses. This represents all

elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).

Petitioner agrees.

## II. Form of the Award

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]: a lump sum payment of **$55,466.73**, representing compensation for all elements of economic and noneconomic damages, in the form of a check payable to petitioner, Patricia West.

## III. Summary of Recommended Payment Following Judgment

Lump sum payable to petitioner, Patricia West:     **$55,466.73**.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

*s/ Jennifer A. Shah*
Jennifer A. Shah
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel:  (202) 305-2181
Jennifer.shah@usdoj.gov

Dated: May 30, 2024